IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHANO EDGELL,

    Plaintiff,

v.                                                                            No. 17-cv-1192 SMV

NANCY A. BERRYHILL,
**Acting Commissioner of the Social Security,**

    Defendant.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING SERVICE OF PROCESS

THIS MATTER is before the Court on Plaintiff's Motion for Order Granting Application to Proceed in Forma Pauperis and Directing Service and on his Application to Proceed in District Court without Prepayment of Fees (Long Form), [Doc. 5], filed on December 5, 2017. He requests permission to proceed in accordance with 28 U.S.C. § 1915. [Doc. 5]. The Court, being fully advised in the premises FINDS that the Motion is well-taken and should be GRANTED.

**IT THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Order Granting Application to Proceed In Forma Pauperis and Directing Service [Doc. 5] is **GRANTED**.

**IT IS FURTHER ORDERED** that the United States Marshal Service is directed to serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

**IT IS SO ORDERED.**

                                                                        **STEPHAN M. VIDMAR**
                                                                        **United States Magistrate Judge**